### 36279. KICKLITER v. YOUNG et al.

GARDNER, P. J. The Supreme Court having reversed the judgment of this court (*Young* v. *Kickliter*, 213 *Ga.* 42, 96 S. E. 2d 605), the judgment of reversal originally rendered by this court is hereby vacated, and the judgment of the trial court is affirmed in conformance to the rulings and judgment of the Supreme Court.

*Judgment affirmed. Townsend and Carlisle, JJ., concur.*

DECIDED MARCH 6, 1957.

*Wm. F. Buchanan, Lamar W. Sizemore, Newell Edenfield, A. Ed Lane, Jr.,* for plaintiff in error.

*T. J. Long, Ben Weinberg, Jr., Herbert O. Edwards,* contra.